IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATIE GUTHERLESS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation;<br><br>　　　　　　　　Defendant. | 8:20CV442<br><br>**ORDER** |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The jury trial of this case is set to commence before Robert F. Rossiter, Jr., United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **January 10, 2022**, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **December 23, 2021** at **10:00 a.m.**, and will be conducted by internet/telephonic conferencing. Conferencing instructions will be distributed by email prior to the hearing. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on December 17, 2021.

3) The deposition deadline is extended to October 15, 2021.

4) The deadline for filing motions to exclude expert testimony based on Daubert or related grounds is extended to November 1, 2021.

5) The dispositive motion deadline remains June 15, 2021.[1]

Dated this 10th day of June, 2021.　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] See Filing No. 20.