IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KATIE GUTHERLESS,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

8:20CV442

ORDER

Having reviewed the objections (Filing No. 110) by defendant Union Pacific Railroad Company to plaintiff's Deposition Designations, the Court rules as follows:

**1.  OBJECTIONS TO PLAINTIFF'S DESIGNATIONS – NEIL SPONSEL:**

| DESIGNATION | OBJECTION | RULING |
|---|---|---|
| 17:8 – 19:10 | Relevance, 403 | Sustained |
| 58:10 – 58:25 | Relevance, 403 | Overruled |
| 60:22 – 61:9 | Relevance, 403, 407 | Overruled |
| 62:2 – 63:2 | Relevance, 403, not substantially similar incidents, 404 (impermissible other act evidence), 407 | Sustained |
| 64:12 – 65:4 | Relevance, 403 | Sustained |
| 77:9 – 79:18 | Relevance, 403. No dispute the retarders were functioning as intended | Sustained |
| 81:3 – 81:25 | Relevance, 403. No dispute the retarders were functioning as intended | Sustained |
| 97:10 – 97:16 | 401, 403 | Overruled |
| 102:8 – 103:16 | 401, 403 | Overruled |
| 115:16 – 116:6 | Calls for hearsay, relevance, 403 (phrase "dangerous" car can be misleading and | Overruled |

|  | confuse the issue because it is a railroad term of art related to hazardous materials) |  |
|---|---|---|
| 116:7 – 116:19 | Relevance, 403 | Sustained |

2. **OBJECTIONS TO PLAINTIFF'S DESIGNATIONS – RICKIE CLARK:**

| DESIGNATION | OBJECTION | RULING |
|---|---|---|
| 41:6 – 41:18 | Hearsay | Overruled |
| 42:6 – 42:8 | Hearsay - "I've heard it in the bowl" | Sustained |
| 42:10 – 42:14 | Leading | Overruled |
| 43:19 – 44:5 | Hearsay, lack of personal knowledge (testifying based on conversations with other employees) | Sustained |

3. **OBJECTIONS TO PLAINTIFF'S DESIGNATIONS – LAWRENCE PETERRA:**

| DESIGNATION | OBJECTION | RULING |
|---|---|---|
| 23:22 – 24:24 | Calls for hearsay/speculation | Sustained |
| 35:15 – 35:25 | Relevance | Overruled |
| 45:19 – 46:19 | Calls for speculation | Sustained |
| 56:2 – 60:1 | Lack of foundation, calls for speculation, hearsay for all questions re: Exhibit 46 | Overruled |
| 72:24 – 73:2 | Foundation, calls for speculation | Overruled |

4. **OBJECTIONS TO PLAINTIFF'S DESIGNATIONS – KIA WASHINGTON:**

| DESIGNATION | OBJECTION | RULING |
|---|---|---|
| 20:18 – 20:21 | Leading, calls for speculation | Overruled |
| 29:10 – 29:15 | Foundation, 702, 703 | Overruled |

| | | |
|---|---|---|
| 30:1 – 30:10 | Leading, relevance | Overruled |
| 30:19 – 30:25 | 701-703, Rule 26 disclosures | Overruled |
| Pages 31-47 in their entirety | 701-703, Rule 26 disclosures, foundation, speculative, hearsay, relevance, cumulative, non-responsive | Overruled (unclear what exactly is meant by the objection entitled "Rule 26 disclosures") |
| 57:4 starting with "Again" - 58:1 | Non-responsive, speculative, 702, 703 | Sustained |
| 59:1 – 60:9 | Speculative, 702-703, cumulative, duplicative | Overruled |

5. **OBJECTIONS TO PLAINTIFF'S DESIGNATIONS – JEANIE SHIMMIN:**

| DESIGNATION | OBJECTION | RULING |
|---|---|---|
| 14:20 – 14:21 | Form, leading | Sustained |
| 18:23 – 19:4 | Form, leading, assumes facts not in evidence | Overruled |

IT IS SO ORDERED.

Dated this 6th day of January 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge