IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KATIE GUTHERLESS,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

8:20CV442

ORDER

Having reviewed plaintiff's objections (Filing Nos. 114 and 128), to defendant's Designations and Counter Designations to the Deposition of Neil Sponsel, the Court rules as follows:

| PAGE/LINE START | PAGE/LINE END | OBJECTIONS | RULING |
|---|---|---|---|
| 11 | 1 | Relevance | Sustained |
| 20:11 | 24:25 | 23:2-24:25 Relevance | Overruled |
| 90:19 | 91:15 | 91:7-15 Relevance | Overruled |
| 91:23 starting w/ "So" | 93:8 | 91:23-92:15 Relevance | Overruled |
| 113:23 | 114:8 | 114:4-8 Foundation | Overruled |
| 135:13 | 136:5 | 136:1-5 Foundation | Sustained |
| 136:15 | 141:3 | 138:15-139:2 Relevance, Foundation | Sustained |
| | | 139:17-25 Foundation, Relevance | Overruled |
| | | 140:1-13 Assumption of the Risk | Overruled |
| | | 140-17-19 701 improper opinion | Sustained |
| | | 140:25-141:3 foundation, relevance | Sustained |
| 142:4 | 142:21 | 142:4-9 701 Improper opinion, Foundation | Sustained |
| 144:1 | 145:8 | 144:4 Improper testimony from Attn. | Sustained |
| | | 145:6-8 Assumption of the Risk | Overruled |

1

| 148:7 | 149:11 | 148:7-11 assumes facts not in evidence, improper hypothetical, foundation, relevance | Overruled |
|---|---|---|---|

IT IS SO ORDERED.

Dated this 6th day of January 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2