IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KATIE GUTHERLESS, | |
|---|---|
| Plaintiff, | 8:20CV442 |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | ORDER |
| Defendant. | |

Having reviewed Plaintiff's Objections (Filing No. 127) to Defendant's Counter Deposition Designations of Rickie Clark, the Court rules as follows:

| Page | Line | Objection | Ruling |
|---|---|---|---|
| 10 | 7-23 | Relevance | Overruled |
| 36 | 5-12 | Hearsay | Sustained |
| 44 | 19-22 | Duplicative | Overruled |
| 48 | 5-16 | Speculation, relevance, hearsay, assumes facts not in evidence | Sustained |
| 51 | 18-20 | Speculation | Sustained |
| 56 | 2-8 | Improper hypothetical, assumes facts not in evidence, misleads and confuses the jury | Overruled |
| 56 | 16-19, 20-22, 23-25 | Speculation | Sustained / Sustained / Overruled |
| 57 | 16-20 | Relevance | Overruled |

IT IS SO ORDERED.

1

Dated this 6th day of January 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge