IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KATIE GUTHERLESS, | |
|---|---|
| Plaintiff, | 8:20CV442 |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | ORDER |
| Defendant. | |

Having reviewed Plaintiff's Objections (Filing No. 129) to Defendant's Counter Deposition Designations of Lawrence Pettera, the Court rules as follows:

| Page | Line | Objection | Ruling |
|---|---|---|---|
| 24 | 16-25 | Foundation | Sustained |
| 25 | 1-24 | Foundation | Overruled |
| 27 | 16-25 | Foundation | Overruled |

IT IS SO ORDERED.

Dated this 6th day of January 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge